IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD NOWAK and LUCINDA L. WILLIAMS, : <br> : <br> Plaintiffs, : <br> : <br> v. : <br> : <br> DAVID M. BORTLE, JR. and AUDREY ROSENBALM, : <br> : <br> Defendants. : | C.A. No.: 08-379 |

### NOTICE OF SERVICE

I, CYNTHIA H. PRUITT, ESQUIRE, hereby certify that on this 2nd day of September, 2008, two copies of Plaintiffs' Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(1) were mailed to the following attorney of record at the address indicated:

Maria Poehner, Esquire
Bifferato, Gentilotti, LLC
800 North King Street, 1st Floor
P.O. Box 2165
Wilmington, DE 19899-2165

DOROSHOW, PASQUALE
KRAWITZ & BHAYA

By: _____
ARTHUR M. KRAWITZ (2440)
CYNTHIA H. PRUITT (4365)
1202 Kirkwood Highway
Wilmington, DE 19805
Ph: (302) 998-0100
Fax: (302) 998-9883
Attorneys for Plaintiffs
ArthurKrawitz@dplaw.com
CynthiaPruitt@dplaw.com