IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD NOWAK and LUCINDA L. WILLIAMS | C.A. NO.: 1:08-cv-379 |
| Plaintiffs, | |
| v. | |
| DAVID M. BORTLE, JR and AUDREY ROSENBALM | JURY OF 12 DEMANDED |
| Defendants. | |

## NOTICE OF RECORDS DEPOSITION*

TO:   Cynthia H. Pruitt, Esquire
      Doroshow, Pasquale, Krawitz & Bhaya
      1202 Kirkwood Highway
      Wilmington, DE  19805-2120

**PLEASE TAKE NOTICE** that the undersigned will take the records deposition* only of the following persons on September 30, 2008 at 10:00 a.m. in the office of Bifferato Gentilotti LLC, 800 N. King Street, Wilmington, DE 19801:

| | | |
|---|---|---|
| Christiana Care Health Services<br>PO Box 1668<br>Wilmington, DE 19899-1668 | Delaware Family Eye Center<br>94 Omega Drive #94A<br>Newark, DE 19713 | Eye Physicians and Surgeons, P.A.<br>1207 North Scott Street<br>Wilmington, DE 19806 |

Delaware Back Pain & Sports
Rehabilitation Centers
Foulk Road Office Park Plaza
2006 Foulk Road, Suite-B
Wilmington, DE 19810

BIFFERATO GENTILOTTI LLC

/s/ Maria J. Poehner
Maria J. Poehner (Del. ID #3213)
800 N. King Street, 1st Floor
Wilmington, DE 19801
(302) 429-1900
Attorney for Defendants

Date: September 5, 2008

*DUCES TECUM - Deponent is to bring with them all documents in their possession pertaining to Richard Nowak, including all employment records, file notes, medical records, physicians handwritten notes, typed office notes, patient information reports, diagnostic testing, prescriptions, billing ledgers, etc. Please do not bring with you or deliver any x-ray films, MRI films or other such films, but only written reports of such radiographic studies. **Deponent's appearance at the scheduled deposition will be waived if copies of the subpoenaed documents are furnished to Maria J. Poehner, Esquire, on or before September 30, 2008.**

IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD NOWAK and LUCINDA L. WILLIAMS | : | C.A. NO.: 1:08-cv-379 |
| | : | |
| Plaintiffs, | : | |
| | : | |
| vi. | : | |
| | : | |
| DAVID M. BORTLE, JR and AUDREY ROSENBALM | : | JURY OF 12 DEMANDED |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I, Maria J. Poehner, Esquire, hereby certify that a true and correct copy of the attached Notice of Records Deposition was served via Lexis/Nexis Electronic Filing this 5th day of September, 2008 upon the following:

Cynthia H. Pruitt, Esquire
Doroshow, Pasquale, Krawitz & Bhaya
1202 Kirkwood Highway
Wilmington, DE  19805-2120

BIFFERATO GENTILOTTI LLC

/s/ Maria J. Poehner
Maria J. Poehner (Del. ID #3213)
800 N. King Street, 1st Floor
Wilmington, DE 19801
(302) 429-1900
Attorney for Defendants